IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NIYA MARTIN, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                                          CASE NO. 4:22cv469-MW/MAF

SCHWANS CONSUMER BRANDS, INC.,

      Defendant.

_____/

**JUDGMENT**

This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a).

                                                                                  JESSICA J LYUBLANOVITS,
                                                                                   CLERK OF COURT

December 15, 2023                                   s/*Samantha Buckhalt*
DATE                                                                DEPUTY CLERK